IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHRIS SECHLER,<br><br>    Plaintiff,<br><br>v.<br><br>BYRDCORP, INC., d/b/a ELITE MULTIMEDIA, a Tennessee corporation, PIXELFLEX, LLC, a Tennessee Limited Liability Company,  and ELITE MULTIMEDIA PRODUCTIONS, INC.,<br><br>    Defendants. | No. 2:14-cv-2574-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed July 25, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 45), filed July 6, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

July 6, 2015
Date